# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cv-1358-JES-JEH |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is now before the Court on the Report and Recommendation of Magistrate Judge Jonathan Hawley. (Doc. 16). On December 23, 2022, Judge Hawley recommended that Plaintiff's Motion for Summary Judgment (Doc. 12) be denied; and Defendant's Motion for Summary Judgment (Doc. 15) be granted, affirming the Decision of the Commissioner. The Parties were advised that any objection to the had to be filed within 14 days. More than 14 days have elapsed, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the Parties have failed to raise timely objections, any such objections have been waived. *Id*.

The relevant procedural history has been sufficiently outlined in the comprehensive Report and Recommendation of the Magistrate Judge. The ALJ ultimately concluded there were jobs in significant numbers in the national economy that Jennifer could perform; therefore, she had not been under a disability since the alleged onset date. Upon review, Judge Hawley found the ALJ had supported his decision with substantial evidence, and any error the ALJ made in not

more fully discussing Jennifer's autonomic dysfunction and error made in the ALJ's Step Three analysis were harmless. The Court concurs with the Magistrate Judge's detailed discussion and recommendation, and now adopts the Report and Recommendation in its entirety.

## CONCLUSION

For the reasons set forth above, the Court adopts the Report and Recommendation (Doc. 16) of the Magistrate Judge in its entirety. Plaintiff's Motion (Doc. 12) for Summary Judgment is DENIED, and Defendant's Motion (Doc. 15) for Summary Judgment is GRANTED. The Clerk is directed to close this case.

Signed on this 9th day of January, 2023.

s/James E. Shadid
James E. Shadid
United States District Judge
